UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOYCE BROWN-PFIFER and KATHLEEN WOOD, on behalf of themselves and Others Similarly Situated, <br> Plaintiffs, <br> vs. <br> ST. VINCENT HEALTH, INC., <br> Defendant. | 1:06-cv-0236-SEB-JMS |

## **JUDGMENT**

Having granted Defendant's Motion for Summary Judgment in a concurrent ruling, the Court now enters JUDGMENT in favor of the Defendant and against the Plaintiffs.

IT IS SO ORDERED.

Date: 09/20/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Mark Alan Drummond
ABRAMS WELDY DRUMMOND & HUIRAS
drummond@abramsweldy.com

John Patrick Ryan
HALL RENDER KILLIAN HEATH & LYMAN
jpryan@hallrender.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com

Craig M. Williams
HALL RENDER KILLIAN HEATH & LYMAN
cwilliams@HallRender.com